**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SUSAN AYLA ROSE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:23-cv-44-TFM-MU |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date granting summary judgment, it is **ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is entered in favor of the Defendant and against the Plaintiff and Plaintiff's claims are hereby **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 9th day of December, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE